IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> JUSTIN MICHAEL BUEHLER, </br></br> Defendant. | No. 21-CR-02006 </br></br> **INDICTMENT** </br></br> **Counts 1-2** </br> 21 U.S.C. § 841(a)(1): </br> Distribution of a Controlled Substance |

The Grand Jury charges:

## Count 1

### Distribution of a Controlled Substance

On or about January 24, 2019, in the Northern District of Iowa, defendant JUSTIN MICHAEL BUEHLER, did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## Count 2

### Distribution of a Controlled Substance

On or about January 16, 2019, in the Northern District of Iowa, defendant JUSTIN MICHAEL BUEHLER, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Before defendant JUSTIN MICHAEL BUEHLER committed the offense charged in this Count, he was convicted of the following:

(1) On or about January 11, 2007, defendant was convicted in the Iowa District Court for Black Hawk County, in case number, FECR138017, for Possession with Intent—Methamphetamine and Possession with Intent—Cocaine Salt, felony drug offenses.

This was in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 851.

PETER E. DEEGAN, JR.
United States Attorney

By: [signature]

ALEXANDER J. GEOCARIS
Special Assistant United States Attorney

A TRUE BILL

s/ Foreperson

Grand Jury Foreperson

Date 02·02·21

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 2/2/2021
ROBERT L. PHELPS, CLERK

1